IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CR-2-13-017 |
| | : | JUDGE FROST |
| v. | : | |
| | : | |
| TEDVIN ALLEN HEAD, | : | |
| | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 28, 2013, this Court entered a Preliminary Order of Forfeiture, ordering the above-named Defendant, Tedvin Allen Head to forfeit to the United States the Defendant's interest in the property subject to forfeiture as more fully described therein pursuant to 18 U.S.C. §924(d)(1);

WHEREAS, for 30 consecutive days beginning March 7, 2013, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property. There are no parties known to the United States who may have an interest in the subject property;

WHEREAS, on May 22, 2013, this Court held Defendant, Tedvin Allen Head's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on May 23, 2013, issued its Judgment ordering Defendant, Tedvin Allen Head to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendant, Tedvin Allen Head had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §924(d)(1) for violations of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**:

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

   **A Taurus, Model PT 24/7 PRO DS, .40 caliber pistol, possible Serial Number: SCS12529, including approximately twelve (12) rounds of ammunition.**

2. That the designated agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist

in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

**ORDERED** this 5th day of July, 2013.

                    /s/   Gregory L. Frost
                HONORABLE GREGORY L. FROST
                UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Salvador A. Dominguez
SALVADOR A. DOMINGUEZ (0056232)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Sal.Dominguez @usdoj.gov